## STATEMENT OF FACTS

On Thursday, April 4, 2019 at approximately 1:59 a.m., Officer Anthony Carucci of the United States Park Police (USPP) was patrolling in the area of 100 New York Avenue Northeast, in Washington, D.C.

Officer Carucci observed a black Chrysler sedan with Maryland temporary tag T843578 travelling eastbound on New York Avenue Northeast.  Officer Carucci observed that the driver side rear passenger in the vehicle, later identified as the defendant Xavier Orange a.k.a. Xavier Lewis , was not wearing a seatbelt and a traffic stop was conducted in the 100 block of New York Ave Northeast in Washington, D.C.

Officer Carucci approached the vehicle and observed four males seated inside. The driver side rear passenger, defendant Xavier Orange a.k.a. Xavier Lewis, was holding an open bottle of Jose Cuervo tequila.  All occupants were taken out of the vehicle and detained.  Pursuant to a search incident to arrest due to the defendant's possession of an open container of alcohol, a black in color firearm was recovered from his right front pocket.

The firearm was a black in color Sig-Sauer, .380 caliber handgun with an obliterated serial number. The weapon was loaded with a magazine with an unknown capacity and loaded with six (6) total rounds, with no rounds loaded in the chamber. There are no firearms manufactured in the District of Columbia.

Defendant Xavier Orange a.k.a. Xavier Lewis was placed under arrest for Carrying a Pistol without a License and transported to U.S. Park Police District 1 for processing.

A criminal history check of Xavier Orange a.k.a. Xavier Lewis through the National Crime Information Center confirmed that he has a prior conviction in the Superior Court of the District of Columbia for Attempted Assault with a Dangerous Weapon and Unlawful Possession of a Firearm, docket number 2016CF3001583.  These offenses are punishable by more than one year and the defendant is therefore prohibited him possessing a firearm pursuant to Title 18, U.S.C. Section 922(g), felon in possession of a firearm. Before filing this complaint, the officer reviewed at least one computer print-out of Xavier Orange a.k.a. Xavier Lewis's criminal history and it showed that he had been convicted of such crime.

_____
OFFICER ANTHONY CARUCCI
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE